# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **COLONY INSURANCE COMPANY,** § § § | |
| Colony, § § | |
| v. § § § | **Civil Action No. 7:18-CV-00158** |
| **D.L. PHILLIPS CONSTRUCTION, INC. d/b/a JA-MAR ROOFING and PARK PLACE VENTURES, LLC** § § § § § | |
| Defendants. § | |

**CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT**

This Confidential Release and Settlement Agreement is entered into by and between Colony Insurance Company ("Colony"); D. L. Phillips Construction d/b/a Ja-Mar Roofing ("D.L. Phillips"); First Mercury Insurance Company ("First Mercury"); and Commerce & Industry Insurance Company ("C&I"). Collectively, Colony, D.L. Phillips, First Mercury, and C&I are referred to herein as "Parties."

<u>WITNESSETH:</u>

[redacted]

██████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████

      ████████████████████████████████████████

████████████████████████████████████

      ████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████

      ████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████

      ████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

█████████████████

      ████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████

[Page content redacted]



4



5

██████████████████████████████████████████████████████

████████████████████████████████████████

■  ████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████

■  ████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████

■  ████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████

██

    ▪   ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████

    ▪   ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████

    ▪   ████████████████████████████████

████████████████████████████████████████

████████████████

    ▪   ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████

    ▪   ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████



8

_____
First Mercury Insurance

## ACKNOWLEDGMENT

STATE OF _____ §
§
COUNTY OF _____ §

BEFORE ME, personally came _____, to me known, who, by me duly sworn, did depose and say that s/he executed the foregoing Agreement, and that s/he signed her/his name to the Agreement.

SUBSCRIBED and SWORN TO before me this _____ day of _____ 2019.

_____
Notary Public in and for the State of _____